## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PROGRESSIVE EXPRESS INSURANCE COMPANY, an Ohio corporation,

    *Plaintiff*,

vs.                        Case No.: 3:23-cv-01411-TJC-LLL

MASA & P LOGISTICS INC., a Florida Profit Corporation; JESUS VAZQUEZ as the Personal Representative of the Estate of Daniel Jaramillo Vazquez, deceased; LOWE'S HOME IMPROVEMENT, LLC, a Foreign Limited Liability Company; SPIRIT LOGISTICS NETWORK, INC., a Foreign Profit Corporation; DIAZ-ABAD TRUCKING LLC, a (dissolved) Florida Limited Liability Company; and GEORGE PROENZA MOJENA,

    *Defendants.*

## PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter through settlement of the underlying litigation at issue in this declaratory action. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to file the said Agreement. Accordingly, Plaintiff respectfully requests that the

Court vacate all deadlines as set forth in the March 26, 2024 Case Management and Scheduling Order.

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND
Attorneys for Plaintiff, Progressive Express Insurance Company
100 North Tampa Street
Suite 2120
Tampa, FL 33602
Tel: 813-226-0081
Fax: 813-226-0082

By: /s/ *Jessalea M. Shettle*
JESSALEA M. SHETTLE, ESQ.
Florida Bar No. 127614
jshettle@insurancedefense.net
csiegel@insurancedefense.net

## SERVICE LIST

CASE NO. 3:23-cv-01411-TJC-LLL

Brian S. Jacobson, Esq.
Michael Simon, Esq.
SIMON, REED & SALAZAR, P.A.
Two Datran Center - Suite 1209
9130 S. Dadeland Blvd.
Miami, Florida 33156
msimon@simonreedlaw.com
bjacobson@simonreedlaw.com
kmiller@simonreedlaw.com
cdiaz@simonreedlaw.com
*Counsel for Defendants, Spirit Logistics Network, Inc. and Lowe's Home Improvement, LLC*

Ulysses Felder, Esq.
LAW OFFICES OF FELDER & ASSOCIATES, P.A.
1557 NE 164th Street, Unit G
North Miami Beach, FL 33162
eservice@ufelderlaw.com
ulysses@ufelderlaw.com
*Counsel for Defendant, George Proenza Mojena*

Luis R. Gracia, Esq.
RUE & ZIFFRA
632 Dunlawton Avenue
Port Orange, FL 32127
lgracia@rueziffra.com
dianec@rueziffra.com
terrig@rueziffra.com
*Counsel for Defendant, Jesus Vazquez, as the Personal Representative of the Estate of Daniel Jaramillo Vazquez, deceased*

**BY U.S. MAIL:**

DIAZ-ABAD TRUCKING, LLC
c/o Carlos Diaz Fonseca, Mgr.
3728 13th St W
Lehigh Acres, FL 33971

MASA & P LOGISTICS INC.
c/o Ronald Rodriguez Perovani
8235 Teaticket Drive
Jacksonville, FL 32244