**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

    Plaintiff,

v.                                        Case No. 3:23-cv-1411-TJC-LLL

MASA & P LOGISTICS INC., et al.,

    Defendants.

_____

**O R D E R**

Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 78), filed on December 16, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The file remains closed.

**DONE AND ORDERED** in Jacksonville, Florida, this 18th day of December, 2024.



TIMOTHY J. CORRIGAN
Senior United States District Judge

jcd
Copies:

Counsel of record